1 | Mark B. Hutton
  | Lead Counsel
2 | KS Bar #10112
  | HUTTON & HUTTON LAW FIRM, L.L.C.
3 | 8100 East 22nd Street North
  | Building 1200
4 | Wichita, KS 67226
  | Telephone: (316) 688-1166
5 | Fax: (316) 686-1077
  | Trial.Lawyers@huttonlaw.com
6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-7500 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Constance J. Bratt, et al.,<br><br>  Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>  Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, James E. Pritchett in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: _____

HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE