Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-7500 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Bryer** |
| Constance J. Bratt, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Constance J. Bratt, Keith Rubrum and Verla Chambers for William H. Chambers in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: 2/25, 2010        By: /s/ M. Hutton
                            **HUTTON & HUTTON LAW FIRM, L.L.C.**
2                           8100 East 22nd Street North
                            Building 1200
3                           P.O. Box 638 (67201)
                            Wichita, KS 67226
4                           Telephone: 316-688-1166
                            Fax: 316-686-1077
5                           trial.lawyers@huttonlaw.com

6                           *Attorneys for Plaintiffs*

7  DATED: March 16, 2010    By: /s/
8                           **DLA PIPER LLP (US)**
                            1251 Avenue of the Americas
9                           New York, NY 10020
                            Telephone: 212-335-4500
10                          Fax: 212-335-4501

11                          *Defendants' Liaison Counsel*

12 PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

13 DATED: April 5, 2010      By: /s/
14                           Hon. Charles R. Breyer
                             United States District Court

2
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**